**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Rita Frances HUNTER, Defendant–Appellant.**

**No. 13–2440.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 23, 2013.

Filed: Dec. 26, 2013.

Ian A. Lewis, Asst. Fed. Public Defender, Springfield, MO (Stephen C. Moss, Acting Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Randall D. Eggert, Asst. U.S. Atty., Springfield, MO, for appellee.

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

## PER CURIAM.

After Rita Hunter pleaded guilty to document fraud in violation of 18 U.S.C. §§ 1001 and 2, the district court[1] imposed

[1]. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

a sentence of 12 months and 1 day in prison and 3 years of supervised release, and ordered Hunter to pay $120,000 in restitution. On appeal, Hunter's counsel has moved to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the imposition of restitution.

We conclude that the court did not plainly err in imposing restitution for the uncontested amount of pecuniary loss to Medicaid, the victim of Hunter's fraud. *See* 18 U.S.C. § 3663A(a)(1), (c)(1)(A)-(B); *United States v. Schmidt,* 675 F.3d 1164, 1167–69 (8th Cir.2012) ("victims" owed restitution include governmental agencies); *United States v. Louper–Morris,* 672 F.3d 539, 566 (8th Cir.2012) (standard of review).

Further, having independently reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. We therefore affirm the judgment of the district court, and we grant counsel's motion to withdraw.